WILLIAM CSATLOS, an Infant, by JOHN CSATLOS, His Guardian ad Litem, Appellant, *v.* METROPOLITAN STREET RAILWAY COMPANY, Respondent.

*Csatlos* v. *Metropolitan Street Ry. Co.,* 107 App. Div. 615, affirmed.
(Argued January 24, 1907; decided February 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 2, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*William H. L. Edwards* and *Stephen C. Baldwin* for appellant.

*Charles F. Brown, Bayard H. Ames* and *Henry A. Robinson* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Not sitting : GRAY, J.